FILED

Rev. 3/20

# United States District Court

2020 DEC 30 AM 11: 29

Middle District of Florida

Fort Myers Division

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Brian Dana Williamson

*(In the space above enter the full legal name of the plaintiff)*

-against-

2: 20-c v-1006-FtM-66MRM

Charlotte County Sheriffs Dept.

and

Punta Gorda Police Department

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include
addresses here.)*

Case No. _____

(To be filled out by Clerk's
Office only)

## COMPLAINT

*(Pro Se Confined Litigant)*

Jury Demand?
☑ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**

## I.     COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.    PLAINTIFF INFORMATION

Williamson, Brian    D.
_____
Name (Last, First, MI)                                    Aliases

#94665
_____
Identification #

Charlotte County Jail
_____
Place of Detention

26601   Airport Road
_____
Institutional Address

Charlotte, Punta Gorda        Fla.        33982
_____
County, City                          State          Zip Code

## III.   STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑    Pretrial detainee
☐    Civilly committed detainee
☐    Immigration detainee
☐    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Charlotte Canty sheriffs Dept.
Name (Last, First)

Current Job Title

7474 Utilities Road
Current Work Address

Punta Gorda            FLa.              33982
County, City            State            Zip Code

Defendant 2:    Punta Gorda Police Dept.
Name (Last, First)

Current Job Title

1410 Tamiami Trail
Current Work Address

Punta Gorda            FLa.              33950
County, City            State            Zip Code

**Defendant(s) Continued**

Defendant 3: _____

                Name (Last, First)

                _____

                Current Job Title

                _____

                Current Work Address

                _____

                County, City           State           Zip Code

Defendant 4: _____

                Name (Last, First)

                _____

                Current Job Title

                _____

                Current Work Address

                _____

                County, City           State           Zip Code

**[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]**

Pa. 5 20

## V.   STATEMENT OF CLAIM

Place(s) of
occurrence:     Punta Gorda Fla. , Charlotte County Jail

Date(s) of occurrence:     July - 2018 , March/April -2019

State which of your federal constitutional or federal statutory rights have been violated:

Eigth Amendment - Excessive Force/Cruel and unusual punishment

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each
defendant was personally involved in the alleged wrongful actions, state whether you were
physically injured as a result of those actions, and if so, state your injury and what medical
attention was provided to you. All facts shall be set forth in separately numbered paragraphs.
See Fed. R. Civ. P. 10(b).*

FACTS:

<table>
<tr><td>What happened to you?</td></tr>
</table>

On or about 2nd week of July, 2018, I was arrested for a DUI in the City of Punta Gorda. During the arrest, transport, and booking procedure at Charlotte County Jail, I did suffer unecessary physical harm.

Medical Department Personel (Corizon) did perform an Excessive Force Physical, which did establish I had suffered Fractured ribs, seperated shaolder, and a hernia in the lower right quadrant throughout the arrest and booking process.

on or about April-2019 as a result of the before mentioned hernia, I underwent Emergency Surgery for an obstruction. While recovering from said surgery, awakening from anesthesia, the assigned officer did unecessarily attempt to tazer me while adequately restraint of both wrist and ankle to the recovery bed. Unfortunately I had complications to recovery, including a post opt. illious due to the ordeal, and in addition to the diagnosed PTSD acquired during active military service - I now suffer nitemares requiring physiciatric medication and counseling.

Pa, 2 21

<table>
<tr><td>Who did<br>what?</td></tr>
</table>

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Rev. 5/20

Was anyone
else
involved?

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: **Prisoners** must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I request that all parties involved to be held responsible and accantable for their actions and misconduct for relief.

## VIII.  LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a **prisoner** from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

### *ALL LITIGANTS MUST ANSWER:.*

Have you to date brought any other lawsuits in state or federal court while     ☐ Yes     ☑ No
a confined?

     If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Pg. 5 20

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

| 12-20-20 | Brian Dana Williamson |
|---|---|
| Dated | Plaintiff's Signature |

Williamson, Brian, D.
Printed Name (Last, First, MI)

# 94665
Identification #

| Charlotte County Jail | Punta Gorda | Fla. | 33982 |
|---|---|---|---|
| Institutional Name | City | State | Zip Code |